Page 1 of 2

# Petty Offense Docket Sheet and Judgment Order
## For 08/11/2021 at 10:00 AM Hearing Site: SLMA District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Jul 27, 2021

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA31 W0876541 FTA | M | ABRAMS, CHASON J<br>10476 SOUTHERN BREEZE DRIVE<br>TUSCALOOSA, AL 35405<br>SSN: ###-##-9302<br>Drivers License: #####04 AL | AIDING AND ABETTING VIOLATIONS 50CFR20.21(i)<br>Issued: 09/05/2020 by HANEY<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA31 W0876543 FTA | M | LOFTIS, TAYLOR R<br>10917 PROPST ROAD<br>DUNCANVILLE, AL 35456<br>SSN: ###-##-1902<br>Drivers License: #####97 AL | AIDING AND ABETTING 16USC704(b)(1)<br>Issued: 06/08/2021 by HANEY<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA31 W0876562 FTA | M | PIPKINS, RICHARD L<br>112 DU RHU DR F<br>MOBILE, AL 36608<br>SSN: ###-##-5819<br>Drivers License: #####82 AL | AIDING AND ABETTING VIOLATIONS 50CFR20.21(i)<br>Issued: 05/24/2021 by HANEY<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA31 W0876542 FTA | M | RAY, JUSTIN G<br>18016 JOHN SWINDLE ROAD<br>NORTHPORT, AL 35475<br>SSN: ###-##-2608<br>Drivers License: #####35 AL | AIDING AND ABETTING VIOLATIONS 16USC703<br>Issued: 06/08/2021 by HANEY<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued.  Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** SLMA

**Date:** 08/11/2021

**Time:** 10:00 AM

Tape Number(s) _____

Time in Court: Hours: _____   Minutes: _____

Presiding Judge: _____   Date: _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.